# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

BETTY G. MILLER, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV513-057
)
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
    Defendant. )

# ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's May 1, 2014, Report and Recommendation. The Magistrate Judge recommended that the decision of the Commissioner be affirmed. Plaintiff requests the Court remand her case pursuant to 42 U.S.C. § 405(g). In her Objections, Plaintiff asserts that the ALJ, Commissioner, and Magistrate Judge improperly relied on post hoc reasons to find that the ALJ established good cause to discount Plaintiff's treating psychiatrist's opinion.

The ALJ's decision to discount Plaintiff's treating psychiatrist's opinion is supported by substantial evidence because such opinion was not bolstered by the evidence of record and did not support a contrary conclusion, which establishes good cause. Furthermore, it is not necessary for an ALJ to give a treating physician's opinion considerable weight if Plaintiff's own testimony contradicts such opinion. Plaintiff states that the Magistrate Judge failed to address the other portions of the treating

psychiatrist's 2011 opinion. This opinion adds little to the treating psychiatrist's earlier opinions and the majority of this opinion concerns whether malingering or dissimulation occurred during her psychological testing, which was addressed and considered by the ALJ and the Magistrate Judge.

Plaintiff asserts that the Commissioner failed to explain why good cause existed to discount the treating psychiatrist's 2009 opinion. However, the ALJ determined that, because this opinion was not based on objective evidence, but on Plaintiff's subjective account of her symptoms and was not consistent with the record as a whole, it deserved less than substantial consideration. This decision is supported by substantial evidence. Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.

**SO ORDERED**, this 10 day of June, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)